**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CASTILLO, | No. C 10-04159 JW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| NORTH KERN STATE PRISON OFFICIALS, | |
| Defendant. | |
| | (Docket No. 3) |

Plaintiff, a prisoner at the North Kern State Prison in Delano, California, seeks to file a civil complaint against prison officials. (Docket No. 1.) A substantial part of the events or omissions giving rise to the claim(s) occurred, and it appears that the intended defendants reside, in the County of Kern, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

The clerk shall transfer this matter and terminate all pending motions as moot.

DATED:   January 28, 2011

JAMES WARE
United States District Chief Judge

Order of Transfer
P:\PRO-SE\SJ.JW\CR.10\Castillo04159_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER CASTILLO,

        Plaintiff,

  v.

NORTH KERN STATE PRISON OFFICIALS,

        Defendants.

Case Number: CV10-04159 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/31/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Castillo F-39720
North Kern State Prison
P. O. Box 567
Delano, CA 93216

Dated: 1/31/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk