UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CASTILLO,<br><br>              Plaintiff,<br><br>     v.<br><br>NORTH KERN STATE PRISON OFFICIALS,<br><br>              Defendants.<br>_____/ | CASE NO.   1:11-cv-175-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS BY APRIL 15, 2011<br><br>CLERK TO MAIL PLAINTIFF SECTION 1983 COMPLAINT FORM AND THE APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER |

Plaintiff Christopher Castillo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action in the Northern District of California in September 2010; it was transferred to this district in January 2011.  (ECF Nos. 1, 6.)

The Court has reviewed the file and it does not appear Plaintiff has filed a proper complaint.  Accordingly, the Court ORDERS the Clerk to send Plaintiff a blank civil rights complaint form.  Plaintiff is to complete and return his complaint by **April 15, 2011**.

Additionally, Plaintiff has not applied to proceed in forma pauperis or paid the $350.00 filing fee.  A civil action may not proceed absent the submission of either the filing

fee or the grant of in forma pauperis status. 28 U.S.C. §§ 1914, 1915. Accordingly, the Clerk is ORDERED to send Plaintiff a blank prisoner IFP form. Plaintiff is ORDERED to complete and return the IFP form not later than **April 15, 2011**.

Plaintiff is hereby on notice that failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   March 18, 2011              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE